**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **BRYAN STEWART,** | ) |
| | ) |
| **Plaintiff and Defendant to Counterclaim,** | ) **CASE 0-22-cv-02145-ECT-LIB** |
| | ) |
| | ) |
| **v.** | ) **JURY TRIAL REQUESTED** |
| | ) |
| **GOLDEN VICTORY MEDICAL LLC,** | ) |
| | ) |
| | ) |
| **Defendant and Counterclaimant.** | ) |

**PLAINTIFF BRYAN STEWART'S STATEMENT OF THE CASE**

COMES NOW, Plaintiff **Bryan Stewart**, ("Plaintiff" or "Stewart") in the above-styled action, and hereby files his Statement of the Case regarding this cause of action under the False Claims Act and the laws of contract against Defendant **Golden Victory Medical LLC**, ("Golden Victory"):

In November, 2021, Stewart was hired as the first Chief Executive Officer of Golden Victory Medical LLC, a multi-state chain of clinics focusing on behavioral health care. Stewart has built a successful career as a healthcare executive, running several enterprises and founding his own consulting service. Stewart was tasked by the co-owners of Golden Victory, Gabriel Luthor and Elizabeth Brown, with professionalizing the company's corporate infrastructure and managing the

integration of its various clinics. Nearly two-thirds of Golden Victory's patients are Medicare or Medicaid beneficiaries.

In Stewart's first months on the job, he uncovered troubling signs of irregularities in Golden Victory's coding and billing processes. In February 2022, he and General Counsel Edward Maggio commissioned a third party billing consultant, Health Information Associates ("HIA"), to conduct an audit of coding and billing within the network of clinics. In this same February time frame, Stewart learned that Golden Victory's Las Vegas clinic had been notified in late 2021 that Medicare was suspending payments due to suspicions of overbilling.

The HIA audit, which lasted eight weeks, resulted in a comprehensive 54 page report of systematic inaccuracies in the coding and billing function: less than one third of the audit sample proved to accurately reflect the services rendered, well below the industry gold standard of 95%. Stewart presented the results to Luther and Brown on May 2, 2022.

Brown informed the co-owners that the pervasiveness of the errors the audit uncovered was highly indicative of deliberate fraud that could expose the company to civil and criminal liability. He recommended an aggressive remediation strategy including a temporary freeze on billing submissions and the replacement of Golden Victory's billing vendor, ReveSolv.

Brown and Luthor rebuffed the idea of a billing pause as too costly. They also rejected the notion that they would terminate their billing vendor; Luthor instead proposed a strategy of portraying ReveSolv as the culprit for any fraud issues in the event the company drew regulatory or prosecutorial scrutiny. Luthor and Brown also opened a back channel with the company's Director of Operations, Chanell Allen, to gather intelligence about the steps Stewart was taking to mitigate fraudulent billing.

On June 1, 2022, Stewart was abruptly informed by co-owner Brown that he was being terminated. He was also told that the company had received complaints from various employees about Stewart's leadership. Golden Victory's employee handbook outlines a detailed procedure for investigating and resolving internal complaints regarding management–none of these steps were followed in Stewart's case.

Despite the representations of employee grievances, the termination letter presented to Brown invoked a section of Stewart's employment agreement referring to separation by mutual agreement. Under the express terms of the agreement, a termination not designated "for cause" entitled Stewart to six months of additional compensation. Rather than honor their contractual agreement, the owners offered Stewart a substantially reduced buyout of just under $40,000, well below the $125,00.00 he would have been owed based on his $250,000 base salary.

Golden Victory has filed a counterclaim against Stewart alleging that he breached his contract and attempted to interfere with their business operations. Stewart denies these allegations as groundless and as insufficient to state valid legal claims.

Submitted, the 22nd day of December, 2022.

**HKM Employment Attorneys LP**

*s/Artur Davis*
Artur Davis
(admitted pro hac vice)
ASB-3672-D56A
2024 3rd Ave. North Suite 307
Birmingham, AL 35203
205-881-0935
adavis@hkm.com
Emma Denny
MN bar number 395334
222 South 9th St. Suite 430
Minneapolis MN 55402
800-791-1007
edenny@hkm.com

**Counsels for Bryan Stewart**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of December, 2022, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of filing to the following counsel of record:

Mark J. Kallenbach
2260 Ridge Dr. No. 13

Minneapolis MN 55416
952-593-3858
markkallenbach@comcast.net

**Counsel for Golden Victory Medical LLC**

/s/Artur Davis
Artur Davis
2024 3rd Ave. N Suite 307
Birmingham AL 35203
205-881-0935
adavis@hkm.com