UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Bryan Stewart, | ) | Civ. No.: 22-cv-02145 (ECT-LIB) |
| | ) | |
|    Plaintiff and Defendant to Counterclaim, | ) ) ) | **DEFENDANT AND COUNTERCLAIMANT GOLDEN VICTORY MEDICAL, LLC'S MOTION TO STAY PROCEEDINGS** |
| v. | ) ) | |
| Golden Victory Medical, LLC, | ) ) | |
|    Defendant and Counterclaimant. | ) | |

To:  Above named Plaintiff and Defendant to Counterclaim and his attorneys, Artur Davis, 2024 3rd Ave. North Suite 307, Birmingham, AL 35203 and Emma Denny, 222 South 9th St. Suite 430, Minneapolis MN 55402.

Defendant and Counterclaimant Golden Victory Medical, LLC hereby moves the Honorable Leo Brisbois, a Magistrate Judge of the United States District Court for an order to stay prosecution of the above matter.

Said motion will be based upon information contained in the court's file and Defendant and Counterclaimant Golden Victory Medical, LLC's Memorandum of Law in Support of Motion to Stay Proceedings and Declarations of Mark J. Kallenbach, Esq. and Peter Wold, Esq.

Dated: May 1, 2023

/s/ Mark J. Kallenbach
Mark J. Kallenbach (146468)
2260 Ridge Drive, No. 13
Minneapolis, MN 55416
Telephone.: (952) 593-3858
Facsimile.: (952) 406-8881
markkallenbach@comcast.net
*Attorney for Golden Victory Medical, LLC*