UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bryan Stewart,<br><br>Plaintiff and Defendant to Counterclaim,<br><br>v.<br><br>Golden Victory Medical, LLC,<br><br>Defendant and Counterclaimant. | Civ. No.: 22-cv-02145 (ECT-LIB)<br><br>**MARK J. KALLENBACH, ESQ.'S MOTION TO WITHDRAW FROM REPRESENTING DEFENDANT AND COUNTERCLAIMANT GOLDEN VICTORY MEDICAL, LLC** |

---

To: Above named Plaintiff and Defendant to Counterclaim and his attorneys, Artur Davis, 2024 3rd Ave. North Suite 307, Birmingham, AL 35203 and Emma Denny, 222 South 9th St. Suite 430, Minneapolis MN 55402.

Mark J. Kallenbach, Esq. hereby the Honorable Leo Brisbois, a Magistrate Judge of the United States District Court for an order to permit his Withdrawal as Counsel to Counterclaimant Golden Victory Medical, LLC.

Said motion will be based upon information contained in the court's file, August 1, 2023 Declaration of Mark J. Kallenbach, Esq. and Mark J. Kallenbach, Esq.'s Memorandum in Support of Motion to Withdraw from Representing Defendant and Counterclaimant Golden Victory Medical, LLC.

Dated: August 1, 2023

s/ Mark J. Kallenbach
Mark J. Kallenbach (146468)
2260 Ridge Drive, No. 13
Minneapolis, MN 55416
Telephone.: (952) 593-3858
Facsimile.: (952) 406-8881
markkallenbach@comcast.net
*Attorney for Defendant and Counterclaimant Golden Victory Medical, LLC*