UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bryan Stewart,<br><br>Plaintiff and Defendant to Counterclaim,<br><br>v.<br><br>Golden Victory Medical, LLC,<br><br>Defendant and Counterclaimant. | Civ. No.: 22-cv-02145 (ECT-LIB)<br><br>**MARK J. KALLNBACH, ESQ.'S MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW FROM REPRESENTING DEFENDANT AND COUNTERCLAIMANT GOLDEN VICTORY MEDICAL, LLC** |

## INTRODUCTION

Mark J. Kallenbach, Esq. ("Kallenbach"), counsel to Golden Victory Medical, LLC ("GVM") seeks an order to permit him to withdraw from representing GVM in this matter. Kallenbach contends that he cannot effectively represent GVM because its principals Elizabeth Christine Brown ("Brown) and Gabriel Luthor ("Luthor") refuse to communicate with him.

## FACTS[1]

Since the middle to later part of March 2023, Brown and Luthor have refused to cooperate with Kallenbach in defense of Plaintiff and Defendant to Counterclaim Bryan Stewart's ("Stewart") complaint against GVM and in prosecuting GVM's counterclaim against Stewart.

[1] Each of the facts which follow were sworn to by Kallenbach in his August 1, 2023 entitled: Mark J. Kallenbach, Esq.'s Declaration in Support of Motion to Withdraw from Representing Defendant Counterclaimant Golden Victory Medical, LLC.

Kallenbach's time records reveal that the last communication that he had with Brown was the receipt of a March 21, 2023 e-mail from her. The last communication that he had with Luthor was a telephone conversation in mid-March 2023 which is not memorialized in Kallenbach's time records.

Kallenbach did not receive a response to his March 31, 2023 and April 11, 2023, e-mail inquiries to Brown and Luthor as to whether they wanted him to continue to represent GVM.

Subsequent to April 11, 2023, Kallenbach estimates that between e-mails, texts and telephone calls, he attempted to communicate with Brown and Luthor at least 30 times and never received a response from either of them.

Kallenbach addressed e-mails dated June 19 and 30, 2023 to Brown and Luthor, which was copied to other of their legal counsel, advising them, amongst issues that he had to withdraw from representing GVM.

Kallenbach has attempted to communicate with Brown and Luthor to no avail.

## LAW AND ARGUMENT

### MINN. R. PROF. COND. 1.16 Requirements

MINN. R. PROF. COND. 1.16: Declining Or Terminating Representation provides in relevant part:

(b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:

> (1) withdrawal can be accomplished without material adverse effect on the interests of the client;

> …
>
> (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
>
> …
>
> (7) other good cause for withdrawal exists.

GVM's principals have chosen not to communicate with its counsel for over 4 and ½ months. Given the lack of communication, it is impossible for Kallenbach to represent GVM in an effective manner. For all intents and purposes, the only action that Kallenbach could take on behalf of GVM was reduced to a Motion to Stay which the Court has already heard and decided. There is nothing further that Kallenbach can do without Brown's and Luthor's cooperation which has been completely lacking.

**Local Rule 83.7 Requirements**

MINN. R. PROF. COND. 1.16: Declining Or Terminating Representation provides in relevant part:

(c) A lawyer must comply with applicable law requiring notice to or permission of a tribunal when terminating a representation. When ordered to do so by a tribunal, a lawyer shall continue representation notwithstanding good cause for terminating the representation.

The foregoing language requires that Kallenbach satisfy the requirements of LR 83.7(c).

Local Rule 83.7 provides that:

(c) By Motion. An attorney who seeks to withdraw otherwise than under LR 83.7(a) or (b) must move to withdraw and must show good cause. The attorney must notify his or her client of the motion.

GVM's principal's decision not to communicate with its counsel has made it impossible for him to effectively defend Stewart's Complaint against GVM and to prosecute its Counterclaim against Stewart. As such, good cause exists to permit Kallenbach to withdraw from representing GVM in this matter.

On June 22, and again on June 30, 2023, Kallenbach notified GVM's principals, Brown and Luthor of his intention to bring the instant motion to withdraw.

Kallenbach has satisfied the tenets of L.R. 83.7 to permit his withdrawal.

**CONCLUSION**

Kallenbach's motion to withdraw from representing GVM should be granted.

Respectfully submitted,

Dated: August 1, 2023

/s/Mark J. Kallenbach
Mark J. Kallenbach (146468)
2260 Ridge Drive, No. 13
Minneapolis, MN 55416
Telephone.: (612) 250-2240
Facsimile.: (952) 406-8881
markkallenbach@comcast.net
*Attorney for Golden Victory Medical, LLC*