UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bryan Stewart,<br><br>Plaintiff and Defendant to Counterclaim,<br><br>v.<br><br>Golden Victory Medical, LLC,<br><br>Defendant and Counterclaimant. | Civ. No.: 22-cv-02145 (ECT-LIB)<br><br>**MARK J. KALLENBACH, ESQ.'S DECLARATION IN SUPPORT OF MOTION TO WITHDRAW FROM REPRESENTING DEFENDANT COUNTERCLAIMANT GOLDEN VICTORY MEDICAL, LLC** |

STATE OF MINNESOTA )
)ss
COUNTY OF HENNEPIN )

Mark J. Kallenbach, Esq. states and declares as follows:

(1) I am an attorney licensed to practice law in the State of Minnesota.

(2) I am counsel to defendant and counterclaimant Golden Victory Medical, LLC ("GVM').

(3) If called to do so, I could competently testify to the facts which follow.

(4) GVM's principal officers and owners are Elizabeth Christine Brown ("Brown") and Gabriel Luthor ("Luthor").

(5) Since the middle to later part of March 2023, Brown and Luthor have refused to cooperate with me in defending against Plaintiff and Defendant to Counterclaim Bryan Stewart's ("Stewart") complaint against GVM and in prosecuting GVM's counterclaim against Stewart.

(6) My time records reveal that the last communication that I had with Brown was receipt of a March 21, 2023 e-mail from her. The last communication that I had with Luthor was a telephone conversation in mid-March 2023 which I did not memorialize in my time records.

(7) On March 31, 2023 and again on April 11, 2023, I inquired of Brown and Luthor by e-mail as to whether they wanted me to continue to represent GVM. I did not receive a response.

(8) Subsequent to April 11, 2023, my best estimate is that between e-mails, texts and telephone calls, I attempted to communicate with Brown and Luthor at least 30 times and never received a response from them.

(9) By e-mails of June 19 and 30, 2023 addressed to Brown and Luthor, which was copied to other of their legal counsel, amongst other things, I advised them that I had no choice but to withdraw from representing GVM.

(10) I have continued to attempt to communicate with them to no avail.

I declare under penalty of perjury that the foregoing is based upon my personal knowledge and belief and is true and correct.

Dated: August 1, 2023

/s/ Mark J. Kallenbach
Mark J. Kallenbach