HKM
EMPLOYMENT ATTORNEYS LLP

ARLINGTON | ATLANTA | BALTIMORE | BELLEVUE | BIRMINGHAM | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | DENVER
HOUSTON | INDIANAPOLIS | IRVINE | KANSAS CITY | LAS VEGAS | LOS ANGELES | MINNEAPOLIS | NEW PALTZ | NEW YORK
PHILADELPHIA | PHOENIX | PITTSBURGH | PORTLAND | SAN DIEGO | SEATTLE | SPOKANE | ST. LOUIS | WASHINGTON, D.C.

October 6, 2023

**VIA ECF**

The Honorable Eric C. Tostrud
United States District Court
316 N Robert Street
St. Paul, MN 55101

**CASE STATUS UPDATE LETTER**

***Re: Bryan Stewart v. Golden Victory Medical LLC***
***Court File No. 0:22-cv-02145-ECT-LIB***

Dear Judge Tostrud:

Per the Court's September 29, 2023 Order to Parties to File Document/Update the Court, Plaintiff submits this case status letterletter. Plaintiff filed this case on August 31, 2022. At that time, Defendant was represented by attorney Mark J. Kallenbach. Plaintiff served discovery requests on Defendant in January 2023. To date, Defendant has not responded to those discovery requests.

On August 1, 2023, defense counsel filed a Motion to Withdraw From Representing Defendant. That motion was heard by Magistrate Judge Leo Brisbois on August 15, 2023. On September 22, 2023, Judge Brisbois issued an Order (Doc. No. 40) on the Motion to Withdraw From Representing Defendant, granting the motion and giving Defendant 30 days to obtain new counsel. Plaintiff has not yet been made aware of any new counsel being retained by Defendant. If Defendant has not obtained new counsel by October 22, 2023, Plaintiff intends to seek a default judgment against Defendant.

Please let us know if the Court requires any additional information.

Respectfully submitted,

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Emma R. Denny*

Emma R. Denny
Managing Partner

cc: Artur Davis (firm)