## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bryan Stewart,

Case No. 0:22-cv-02145-ECT-LIB

Plaintiff,

v.

**PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT**

Golden Victory Medical LLC,

Defendant.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff Bryan Stewart hereby moves this Court for the entry of a default judgment against Defendant Golden Victory Medical LLC because it is unrepresented in this action and may not appear in this Court without counsel.

Plaintiff's motion is based upon the pleadings, filings, and records in this matter, together with Plaintiff's Memorandum of Law and submissions made in support thereof, which will be filed in accordance with Local Rule 7.1(b)

Respectfully submitted,

Dated:  December 5, 2023

*/s/ Emma R. Denny*
Emma R. Denny, #395334
Artur Davis #ASB-3672-D56A
(Admitted Pro Hac Vice)
HKM EMPLOYMENT ATTORNEYS, LLP
222 South 9th Street, Suite 430
Minneapolis, MN 55402
Telephone: (612) 337-1934
edenny@hkm.com
adavis@hkm.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2023, a copy of the foregoing was served via US Certified Mail, Return Receipt, to Defendant, Golden Victory Medical LLC to the following addresses:

11631 Welters Way
Eden Prairie, MN 55347

1309 Autumn Wind Way
Henderson, NV 59052

And, via email to Defendant at the following email addresses:

Izzybanks09@gmail.com
Krushstyles1@gmail.com


*/s/ Emma R. Denny*
Attorney for Plaintiff