# UNITED STATES DISTRICT COURT
## District of Minnesota

Bryan Stewart,

    Plaintiff & Counter-Defendant,

v.

Golden Victory Medical LLC,

    Defendant & Counter-Claimant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-2145 ECT/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff and Counter-Defendant Bryan Stewart's Motion for Default Judgment [ECF No. 45] is **GRANTED IN PART** and **DENIED IN PART**.

2. Judgment is awarded to Stewart and against Defendant Golden Victory Medical LLC in the total amount of **$1,821,620.68**, to bear interest at the statutory rate from the date of judgment. The award consists of:

    a.    **$1,500,000** in backpay;

    b.    **$45,598.33** in prejudgment interest;

    c.    **$250,000** for emotional distress;

    d.    **$25,275.95** in attorneys' fees; and

    e.    **$746.40** in taxable costs.

3. Defendant Golden Victory Medical LLC's Counterclaims are **DISMISSED WITH PREJUDICE** for failure to prosecute.

Date: 3/26/2024                                                                KATE M. FOGARTY, CLERK