UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bryan Stewart,

        Plaintiff,

v.                                                                   Civil No. 22-2145 (ECT/LIB)

Golden Victory Medical LLC,

        Defendant.

_____

United States of America,

        Plaintiff,

v.                                                                   Criminal No. 25-88 (PAM/ECW)

Gabriel Adam Alexander Luthor (1) and
Elizabeth Christine Brown (2),

        Defendants.

---

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 22-cv-2145 (ECT/LIB) having been assigned to Judge Eric C. Tostrud and

Magistrate Judge Leo I. Brisbois and Case No. 25-cr-88 (PAM/ECW) having later been

assigned to Judge Paul A. Magnuson and Magistrate Judge Elizabeth Cowan Wright and

said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 25-cr-88 (PAM/ECW) be assigned to

Judge Eric C. Tostrud and Magistrate Judge Leo I. Brisbois, nunc pro tunc, by use of a card

from the appropriate deck in the automated case assignment system.  The Clerk of Court

is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.


Dated:  April 18, 2025           s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court

Dated:  April 21, 2025           s/Paul A. Magnuson
                                 Paul A. Magnuson
                                 United States District Court